# United States Court of Appeals for the Federal Circuit

---

December 16, 2015

**ERRATUM**

---

Appeal No. 2015-1108

---

**OPENWAVE SYSTEMS, INC., NKA UNWIRED PLANET, INC.,**
*Plaintiff-Appellant*

**v.**

**APPLE INC., RESEARCH IN MOTION, LTD., RESEARCH IN MOTION CORP.,**
*Defendants-Appellees*

---

Decided: December 15, 2015
Precedential Opinion

---

The following change has been made on page 2, footnote 1 of the opinion.

Replace:

"5,808,415"

With:

"5,809,415"